**FILED**
12/11/2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>MARCELL GROSS,<br><br>        Defendant. | Case No. 2:25-cr-00196-DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:  UNITED STATES MARSHAL

This is to authorize and direct you to release <u>MARCELL GROSS</u> – Case No. <u>2:25-cr-00196-DJC</u>; Charge <u>18 U.S.C. § 3606</u> – from custody for the following reasons:

    ____ Release on Personal Recognizance

    ____ Bail Posted in the Sum of $

    ____ Unsecured Appearance Bond $

    ____ Appearance Bond with 10% Deposit

    **X** Other: Defendant sentenced to a term of imprisonment of TIME SERVED. Nevada County Jail is ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on 12/11/2025 at 9:10 AM

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE